**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DWAYNE HILL, | : | No. 24 EAP 2018 |
| | : | |
| Appellant | : | Appeal from the order of |
| | : | Commonwealth Court dated May 3, |
| | : | 2018 at 220 MD 2018. |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA; | : | |
| GOVERNOR AND PENNSYLVANIA | : | |
| BOARD OF PROBATION AND PAROLE, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 26th day of March, 2019, the order of the Commonwealth Court is

**AFFIRMED**.